# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Jose Mauriecio Canales ,

    Plaintiff(s),                        JUDGMENT IN A CIVIL CASE

vs.                                        3:12-cv-00411-RJC

Brandon Kimble , Dan Decker ,

    Defendant(s).

DECISION BY COURT.  This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 7/17/2012 Order.

                                                   Signed: July 17, 2012

                                         *[signature: Frank G. Johns]*
                                         Frank G. Johns, Clerk
                                         United States District Court